App. Div.] Third Department, November, 1908.

The People of the State of New York v. Liberman Dairy Company.—Motion granted; question certified.

Firestone Tire Company v. George B. Agnew.—Motion granted; question certified.

Charles Fring v. The City of New York.—Motion denied, with ten dollars costs.

Electrical Accessories Company v. Samuel S. Mittenthal.—Motion granted; question certified.

Cora D. Thompson v. Standard Fashion Company.—Motion denied, with ten dollars costs.

Mary Hartsell v. New York Evening Journal Company. Mary Hartsell v. Star Company.—Motions denied, with ten dollars costs.

Ameno Spinelli v. John H. Parker Company.—Motion denied, with ten dollars costs.

Francis C. Presky v. The City of New York.—Motion denied, with ten dollars costs.

Isidor Straus and Another v. American Publishers Company.—Motion granted.

Peter Stoopack v. Anna Dworkowitz.—Motion denied. Settle order on notice.

Irwin Merkel v. William J. Murray.—Motion granted. Settle order on notice.

Darwin M. Stapp v. Israel W. Schenker, Impleaded.—Motion denied, with ten dollars costs. Settle order on notice.

John Jaburg v. Haserot Canneries Company.—Motion denied. Settle order on notice.

Bankers Money Order Association v. Friedrich Nachod and Others.—Motion granted. Settle order on notice.

---

THIRD DEPARTMENT, NOVEMBER, 1908.

EUPHEMIA M. WILLIAMS, Respondent, v. THE WESTMINSTER KENNEL CLUB, Appellant.

Appeal from an order of the Supreme Court, entered in the office of the clerk of the county of Columbia on the 18th day of April, 1908.

PER CURIAM: The court is satisfied that the convenience of witnesses and the ends of justice will be subserved by removing this case from Columbia county to Nassau county. The order should, therefore, be reversed, with ten dollars costs and disbursements, and motion granted changing the place of trial from Columbia county to Nassau county, unless the plaintiff stipulates in writing that the trial may be in New York county, in which case the place of trial is changed to New York county; ten dollars costs of motion to abide the event. All concurred. Order reversed, with ten dollars costs and disbursements, and motion granted, as per opinion, with ten dollars costs to abide event.

---

Franklin H. Barker, as Committee, etc., of Ansel W. Sutliff, an Incompetent Person, Respondent, v. James H. Washburn and William L. Washburn, Appellants.—Judgment and order affirmed, with costs. No opinion. All concurred, except Sewell, J., dissenting.